Opinion issued October 9, 2008









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00265-CV

____________


IN THE INTEREST OF A.C.R., A CHILD






On Appeal from the County Court at Law No. 2

Johnson County, Texas

Trial Court Cause No. D200600181






MEMORANDUM OPINION

 Appellant has filed an unopposed motion to dismiss her appeal. No opinion
has issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Taft, Keyes, and Alcala.